AGNES S. WLADYKA, ESQUIRE
Attorney for plaintiff
744 Broad Street 16th floor
Newark, New Jersey 07102
(973) 735 2685
ASW5814

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Hon. Katharine S. Hayden
KHALILAH EUBANKS                Docket No. 07-0589(KSH)

       Plaintiff,        ORDER AWARDING ATTORNEYS
                               FEES UNDER THE EQUAL ACCESS
VS.                            JUSTICE ACT (28 USC §.2412(D)

COMMISSIONER OF SOCIAL SECURITY

       Defendant

On application of Agnes S. Wladyka, Esquire, attorney for plaintiff in the within matter and the Court having considered the papers and for good cause shown,

IT IS ON THIS 15th day of November, 2007

ORDERED that the plaintiff, as the prevailing party, be awarded attorney's fees in the sum of $4,678.20 under and by virtue of the Equal Access to Justice Act, and

IT IS FURTHER ORDERED THAT in view of the assignment executed by the plaintiff pursuant to 42 U.S.C. §1988, filed with the moving papers, plaintiff's attorney, Agnes S. Wladyka shall be paid the Equal Access to Justice fees directly as assignee of plaintiff, Khalilah Eubanks.

                              KATHARINE S. HAYDEN
                              Judge, United States District Court